IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BYRON BROWN**                                                                 **PLAINTIFF**

v.                                     No: 4:21-cv-00570-JM

**RODNEY WRIGHT,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 5th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE